**DISMISS and Opinion Filed August 26, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00517-CV**

**NADIA WINSTON, Appellant**
**V.**
**TEXAS JUVENILE JUSTICE DEPARTMENT, ET AL., Appellees**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00360-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated July 30, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


                                        /Robert D. Burns, III/
                                        ROBERT D. BURNS, III
                                        CHIEF JUSTICE

240517F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NADIA WINSTON, Appellant

No. 05-24-00517-CV     V.

TEXAS JUVENILE JUSTICE
DEPARTMENT, ET AL., Appellee

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-00360-
2024.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED** for want of jurisdiction.

Judgment entered August 26, 2024